# COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Bobbie Bowen

v.

(Full name of defendant(s))

CO-Walker (#1), Jhon Doe Cert team #2, Jhon Doe Cert team #3, Jhon Doe Cert team #4, Jhon Doe Cert team #5, Jhon Doe Cert team, Jhon Doe Warden, CO. Gonzalez

Case Number:

23-CV-64-SCD

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State) and resides at 5929 N 84TH Milwaukee, WI 53225 (Address).

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___YES___
(State, if known)

and (if a person) resides at ___951 N. James Lovell ST___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
worked for ___Milwaukee County Jail___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1) Sometime between January 17, 2020 through February 3, 2020 While housed at the Milwaukee County Jail, While locked in my Cell on the Mental Health unit. At lease five Jhon Doe Cert team member(s) Come bring this Jhon Doe inmate Strap down in a Chair Covered in "feces" to the Shower Room right next door to my Cell. The five Jhon Doe Cert team memeber(s) then Start Showering the inmate to get the "feces" off the offender. In doing So, the WATER from Showering Room Contaminated with "feces" Start running off into my Cell.

2) Im, in my Cell window Stating Chill Stop banging on the door, Cause the Contaminated feces water Start flooding my Cell and that's a violation of my DUE PROCESS rights; and left in my Cell With Contaminated feces Water for Day(s) that's a violation of my Due Process rights;

Complaint – 2

(#3) I then "NOTICED" Cert team member Co.Walker name on the back of his helment. So, I started yelling !!! "Chill", Stop yall flooding my cell with doo,doo water. Yall Contaminating the Unit with doo,doo water.

(#4) Out of no were Co.Walker gone Retaliate, Negligence, Delibarate indifference by putting his gloved hand & body on my Cell door. knowingly knowing he had feces on his body & gloved hand and that(s) a Violation of my DUE PROCESS RIGHT(s). By Co.Walker knowingly touching my do While feces was on Co.Walker See(Ex #1 pg 1 of 3)

(#5) Now me & Walker is having Word(s)... Im yelling all type of stuff at Co.Walker. Asking him what i do to you, to make do what you did.?? Keep in mind his own Cert team member is recording Co.Walker behavior and the Jhon Doe inmate behavior, & mine(s).

(#6) I, Mr.Bowen wants damages for the negligence, deliberate indiffren retaliation of Co.Walker pain, Sinus issues, embarrassment, Mental health issues Couldn't sleep for the smell of feces or eat for day(s) becaues of feces in my Cell from another inmate & Same type of rash dev on my butt days latter. Keep in mind COVID was going on too. I me feces was popping around every were.

(#7)  All five Jhon Doe Cert team member(s) are SUED for the Same reason as follow... Its a Violation of my due process right(s) to first cross Contami the whole institution while COVID is going on by bringging a inmate Covered and dripped in feces, to the Mental Health Unit Shower room. Were the Jhon Doe inmate Come from i do not NO but i no he was not on are unit, then they take Jhon Doe inmate back Some were

(#8)  Again, all five Jhon Doe Cert team member(s) was negligent, delibrat indiffrent to my Health & well being. By leaving me in a Cell full of another inmate(s) Comtaminated feces water. All i did was yell & State doo, doo water is Coming under my Cell door from the Shower room, to the five Jhon Doe Cert Team member(s), See(Ex"1 pg 1 of)

(#9)  That(s) Clearly deliberate indiffrence, Negligence & Retaliation by leaving me locked up in the Cell full of Contaminated feces wat for day(s). I mean ther was nothing i Could do to Stop all the wat from Coming Under the door.

(#10)  I was not allowed to have sheet, blanket(s) or Clothes. So I co not use the above stated iteam(s) to Stop the water from Coming unde My Cell door.
Attachment One (Complaint) – 4

(#11) I, Mr. Bowen Want damage(s) from the five Cert team member(s). I could not eat, Sleep, Stomach aches, Sinus issue(s), & Some type of rash developed on my body. On top of the aforesaid Stated, I'm butt naket in my cell & at the Mercy of the Guard(s). See(Ex #1 pg 1 of 3).

(#12) All #5 Jhon Doe Cert team member(s) did'nt have no business on are Unit with that man dripped in fece(s). Anyway, #5 Jhon Doe Cert team member(s) one through five is sued for the Same action(s) listed in the aforesaid Stated paragraph(s)... (SEE) paragraph(s) number(s) 7, 8, 9, 10, 11 - and #12 for reason(s) of being "SUED".

(#13) C.O. Gonzalez is sued; i asked Respectfully to Gonzalez to please help me the aforesaid Stated Cert team member(s) un came & left Contaminated feces water in my Cell. Can you please Call Someone to Clean up the Water??? Matter of fact i think C.O. Gonzales Seen the whole aforesaid issue(s) happen. See(Ex #1 pg 1 of 3).

(#14) C.O. Gonzalez was delibrate indifference, negligent & Retaliated to my Health need(s); By not Calling anybody to Clean up the feces Water. Co Gonzalez also Retailated against me buy leaving me in the Cell for day(s) un-clean & UnSanitary... feces water.

Complaint - #5

(15) All i did was ask CO. Gonzalez to Call Someone to help Clean up the Cell. CO. Gonzalez new the Cert team didnt have no business on the Mental Health unit Showering the Jhon Doe inmate should have been Showered in Segregation. I even asked CO. Gonzalez to let me Clean my Cell myself with no relief. All i did was ask for help.

(16) <u>Warden Jhon Doe</u> is Sued for failure to Control his Staff Conduct for turning a blind eye to the aforesaid Due Process violations listed from paragrahs 1-END. Failure to Control his employees Willful and Wanton misconduct. All i did was ask the Cert team to stop Cause feces water was coming under my door. I never thereaten harm to anyone or any Guard(s). I was trying to take Care of my Mental Health need(s), While on the Mental Health unit. I Couldnt breath from the Smell of the feces to... See (Ex#1, Pg#1 of 3).

# LEGAL FACTS

(17) Farmer v Brennan 511 U.S 825, 835 (1994).

(18) Helling v Mckinney, 509 U.S. 25, 33 (1993).

(19) Henderson v DeRobertis, 940 F.2d 1055 (7th Cir. 1991)

(20) Jhonson v Pelker, 891 F.2d 136, 139 (7th Cir. 1989)

(21) Gaston v Coughlin, 249 F.3d 156, 166 (2d Cir. 2001)

(22) Bridges v. Gibert, 557 F.3d 541 (7th Cir. 2009)
Rockweit v. Senecal 197 Wis.2d 409, 424, 541 N.W 2d 742 (1995) (citation omitted).

COMPLAINT PAGE #6

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

(#23) Relief Wanted nominal damages, Compensatory damages punitive damages with a Settlment along with a Court Appointed lawyer to help with the Settlment... To the Court i didn't do nothing to the guard(s) or Staff but mind my business. I never threaten harm on Guard(s) or Staff during or after the aforesaid Stated in the Complaint im Seeking $500,000/five hundred thousand dollar(s)... The Staff on nurse Say i have Sinus issue(s). Im also Scared toan anywere near the Police & Court system in person do to the aforesaid stated. See (Ex*1 pg 1 of 3).

(#24) Court my Health was put in danger to Save another inmates Health & i had no Choice in the decision or matter and that(s) Wrong & this Situtation was out of my Control... Settlment!!!

Complaint – 4 #7

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __25__ day of __December__ 20_22_.

Respectfully Submitted,

_Bobb B____

Signature of Plaintiff

_414- 892-0582_

Plaintiff's Telephone Number

_____

Plaintiff's Email Address

_5929 N 84TH ST Milwaukee, WI 53225_

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – #8

Mr. Bowen
5929 N. 84th St.
Milwaukee, WI 53225